LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Andrew B. Clubok (*pro hac vice* to be filed)
  *andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice* to be filed)
  *susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendant *WhatsApp, Inc.*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DONNA-MARIE MAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHATSAPP, INC.,<br><br>Defendant. | Case No.: 4:20-cv-00659-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE DEADLINES, ADJOURN CASE MANAGEMENT CONFERENCE, AND STAY CASE PENDING DECISION IN** ***FACEBOOK, INC. V. DUGUID***, **NO. 19-511 (S. CT.)**<br><br>(Civil L.R. 6-2, 7-12)<br><br>Hon: Jon S. Tigar |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No.: 4:20-cv-00659-JST

Defendant WhatsApp, Inc., and Plaintiff Donna-Marie May hereby request that this Court (1) vacate all current deadlines, including the deadline for WhatsApp to respond to the complaint and the deadline for the parties' Case Management Statement; (2) adjourn the Case Management Conference scheduled for August 11, 2020; and (3) stay this case pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.). The parties will notify the Court within 14 days of the Supreme Court's decision in *Duguid* and include in that notice a proposal for the orderly litigation of this case.

Plaintiff alleges a claim under the automated-call provision of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b). *See* Dkt 1. Specifically, Plaintiff alleges that WhatsApp violated the automated-call provision by texting her using an "automatic telephone dialing system" ("ATDS") as that term is defined by the TCPA. *See id.* at 5 ("Defendant utilized an 'automatic telephone dialing system'"). On July 9, 2020, the Supreme Court granted certiorari in *Duguid* in order to consider the question of the statutory definition of an ATDS. *See Duguid*, No. 19-511 (S. Ct.), https://www.supremecourt.gov/search.aspx?filename=/docket/docket files/html/public/19-511.html. Because the Supreme Court's resolution of *Duguid* is likely to affect the disposition of this case, the parties agree that vacating all current deadlines, adjourning the Case Management Conference, and staying this matter pending resolution of *Duguid* will conserve judicial resources and avoid needless expense.

The parties thus **STIPULATE** that:

1. All case deadlines should be vacated, including specifically (i) the July 20, 2020 deadline for WhatsApp's response to the complaint and (ii) the August 4, 2020 deadline for the parties' Case Management Statement;

2. The Case Management Conference scheduled for August 11, 2020 should be adjourned;

3. Staying this case until the Supreme Court decides *Facebook, Inc. v. Duguid* is appropriate, will not prejudice either party, and will conserve judicial resources and best serve the orderly course of justice; and,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No.: 4:20-cv-00659-JST

1      4.      The parties will notify this Court of the Supreme Court's decision in *Facebook, Inc.*

2              *v. Duguid* within 14 days of that decision and will include in that notice a proposal

3              for next steps in this case.

4    DATED:  July 14, 2020                    LATHAM & WATKINS LLP

5                                             */s/ Melanie M. Blunschi*

6                                             Melanie M. Blunschi (Bar No. 234264)
                                               melanie.blunschi@lw.com
7                                             505 Montgomery Street, Suite 2000
                                              San Francisco, California 94111-6538
8                                             Telephone: +1.415.391.0600
                                              Facsimile: +1.415.395.8095

9

10                                            Andrew B. Clubok (*pro hac vice* to be filed)
                                               andrew.clubok@lw.com
11                                            Susan E. Engel (*pro hac vice* to be filed)
                                               susan.engel@lw.com
12                                            555 Eleventh Street, N.W., Suite 1000
                                              Washington, D.C. 20004-1304
13                                            Telephone: +1.202.637.2200
                                              Facsimile: +1.202.637.2201

14                                            Attorneys for Defendant *WhatsApp, Inc.*

15                                            BURSOR & FISHER, P.A.

16                                            */s/ L. Timothy Fisher*

17                                            L. Timothy Fisher (Bar No. 191626)
                                              1990 North California Blvd., 940
18                                            Walnut Creek, California 94596
                                              Telephone: (925) 300-4455
19                                            Facsimile: (925) 407-2700
                                              Email: ltfisher@bursor.com
20

21                                            HEDIN HALL LLP
                                              Frank S. Hedin (Bar No. 291289)
22                                            *fhedin@hedinhall.com*
                                              Four Embarcadero Center, Suite 1400
23                                            San Francisco, California 94104
                                              Telephone: + 1 (415) 766-3534
24                                            Facsimile: + 1 (415) 402-0058

25                                            Attorneys for Plaintiff  *Donna-Marie May*

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No.: 4:20-cv-00659-JST

# [PROPOSED] ORDER

Upon consideration of the parties' Stipulation to Vacate Case Deadlines, Adjourn Case Management Conference, and Stay Case Pending Decision in *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.), the Court finds that good cause for the requested stay has been shown and **GRANTS** the parties' Stipulation.

This case is hereby **STAYED** pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*. All case deadlines are thus vacated, and the Case Management Conference scheduled for August 11, 2020 is adjourned. The parties shall notify the Court within 14 days of the Supreme Court's decision in *Facebook, Inc. v. Duguid* and will include in that notice a proposal for next steps in this case.

**IT IS SO ORDERED.**

DATED: _____

                                     Hon. Jon S. Tigar
                                     United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No.: 4:20-cv-00659-JST

# SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Vacate Case Deadlines, Adjourn Case Management Conference, and Stay Case Pending Decision in *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.). Pursuant to L.R 5-1(i)(3), I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED:  July 14, 2020

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No.: 4:20-cv-00659-JST