HEDIN HALL LLP
Frank S. Hedin
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone:	+ 1 (305) 357-2107
Facsimile:	+ 1 (305) 200-8801
Email: fhedin@hedinhall.com

BURSOR & FISHER, P.A.
L. Timothy Fisher
1990 North California Blvd., 940
Walnut Creek, California 94596
Telephone:	+ 1 (925) 300-4455
Facsimile:	+ 1 (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA-MARIE MAY, | Case No.: 3:20-cv-00659-SK |
| Plaintiff, | |
| v. | Judge: Hon. Jon S. Tigar |
| WHATSAPP INC., | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |
| Defendant. | |

Plaintiff Donna-Marie May hereby dismisses the above-entitled action against defendant WhatsApp, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 12, 2020	**HEDIN HALL LLP**

By:  /s/ Frank S. Hedin
	Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone:	+ 1 (305) 357-2107
Facsimile:	+ 1 (305) 200-8801
Email: fhedin@hedinhall.com

BURSOR & FISHER, P.A.
L. Timothy Fisher
1990 North California Blvd., 940
Walnut Creek, California 94596
Telephone:     + 1 (925) 300-4455
Facsimile:     + 1 (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Frank S. Hedin, hereby certify that on November 12, 2020, I electronically transmitted the foregoing to the following by e-mail to all counsel of record.

Date: November 12, 2020            **HEDIN HALL LLP**

By:   /s/ Frank S. Hedin
        Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone:   + 1 (305) 357-2107
Facsimile:     + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff*